IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WELLS,<br><br>        Plaintiff,<br><br>    vs.<br><br>LORENZ FARM SERVICES, INC.,<br>DENNIS L. LORENZ,<br><br>        Defendants. | 4:12CV3085<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) Plaintiff's motion to withdraw his motion to compel, (filing no. 39), is granted.

2) Plaintiff's motion to compel, (filing no. 36), is withdrawn.

3) Sanctions will be imposed against the defendants for any future unreasonable objections or delays in complying with discovery requirements.

August 30, 2012.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge