IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN D. WELLS,

     Plaintiff,

  vs.

LORENZ FARM SERVICES, INC.,
DENNIS L. LORENZ,

     Defendants.

**4:12CV3085**


**ORDER**

1)  On or before November 13, 2012, the defendants shall file their response to the plaintiff's objections, (Filing Nos. 67 and 69), and to plaintiff's motion for sanctions, (Filing No. 70).

2)  No reply shall be filed absent leave of the court for good cause shown.

November 6, 2012.

       BY THE COURT:

       *s/ Cheryl R. Zwart*
       United States Magistrate Judge