IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN D. WELLS,<br><br>                Plaintiff,<br><br>vs.<br><br>LORENZ FARM SERVICES, INC., DENNIS L. LORENZ,<br><br>                Defendants. | 4:12CV3085<br><br>**MEMORANDUM AND ORDER** |

On November 19, 2012, I entered an order granting Plaintiff's motion for sanctions and instructing the plaintiff to submit an itemized billing statement of the fees and expenses incurred to file his first motion for sanctions, (Filing No. 51); to raise objections to defendants' notice of compliance, (Filing Nos. 67 and 69); and to pursue his second motion for sanctions, (Filing No. 70). (Filing No. 79). In compliance with the order, Plaintiff filed his itemized statement of fees on November 30, 2012. (Filing No. 81). Defendants were instructed to file any objection to the amount of the requested fees by December 10, 2012. (Filing No. 79(2)(c)). No response was filed by the defendants.

Accordingly,

IT IS ORDERED,

1) The sum of $6,417.50 in attorney fees is awarded to the plaintiff and against the defendants.

2) The clerk shall enter this award as part of the judgment eventually entered in this case, unless at or before the time judgment is entered, the clerk is notified by the plaintiff that the award has been paid.

Dated this 13th day of December, 2012.

                                                                BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge